UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| KATHERINE CLARK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CV617-138 |
|  | ) |  |
| RICHARD MALLARD, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. *See* docs. 5 & 6 (plaintiff's motion to dismiss her civil action and initiate a criminal complaint). As set forth in the R&R, there is no private right of action to initiate a criminal prosecution in this Court. Doc. 3 at 2-3. Accordingly, the R&R is **ADOPTED** and this case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 21st day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA